No. 76–6182.  WOODS ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 76–493.  ESTELLE, CORRECTIONS DIRECTOR *v.* MABRY. C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.